IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
an Illinois corporation, a/s/o Holly Christiansen,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant

---

## COMPLAINT

---

COMES NOW Plaintiff, State Farm Mutual Automobile Insurance Company ("State Farm"), by and through its attorneys, Beck, Payne, Frank & Piper, P.C., and for its Complaint against Defendant The United States of America ("United States") states & alleges:

## I. General Allegations

1. This action arises under a federal Statute, 28 U.S.C. § 1346(b)(1).

2. Plaintiff State Farm is an Illinois corporation and provides automobile insurance to Colorado drivers.

3. Holly Christiansen is a Colorado resident and owner of a vehicle insured by State Farm on May 23, 2018.

4. On or about May 23, 2018, at or near the intersection of Champa St. and Spear Blvd. in Denver County, State of Colorado, a vehicle owned and operated by Defendant through its agency, the U.S. Marshalls Service ("US Marshalls") drove negligently and damaged a vehicle owned and operated by Ms. Christiansen and insured by State Farm.

5. Johnathan Walker is a US Marshalls employee, and on May 23, 2018, operated the US Marshalls vehicle that hit Ms. Christiansen's vehicle.

6. At the time of the accident on May 23, 2018, Johnathan Walker was acting within the scope of his employment with the US Marshalls.

7. As a result, the vehicle insured by State Farm sustained $6,049.28 worth of damage.

8. To repair the damage, State Farm paid $5,549.28, and its policy holder, Ms. Christiansen paid a $500.00 deductible.

9. Plaintiff filed a timely administrative claim ("Notice of Claim") as required by 28 U.S.C. § 2675.

10. Plaintiff sent a Notice of Claim on August 13, 2019, and Defendant responded via a letter dated August 23, 2019, confirming receipt of the claim.

11. Over six months have passed since Plaintiff filed its Notice of Claim, and Defendant has not made a final disposition. Plaintiff considers the claim denied pursuant to 28 U.S.C. § 2675(a).

## II. Claim for Relief – Negligence

12. Plaintiff incorporates paragraphs 1-11 above.

13. At all times relevant herein, Defendant and Mr. Walker owed a duty of care to State Farm and its insured.

14. Mr. Walker breached his duty when he drove negligently, as required by law, which led to the accident detailed above in paragraph 4.

15. Defendant United States is liable in this accident under the doctrine of *respondeat superior* because, at the time of the accident, Mr. Walker was employed by the Defendant and was acting within the scope of his employment.

16. As a direct and proximate result of this accident, State Farm and its insured suffered damages.

WHEREFORE, Plaintiff respectfully requests judgment against Defendant in an amount to be determined at trial, for attorneys' fees, costs, interest as provided by law, and for such other and further relief as the Court deems proper.

RESPECTFULLY SUBMITTED this 21st day of May, 2021.

BECK, PAYNE, FRANK & PIPER, P.C.

s/ Adrian Tilley
***Adrian Tilley, #40475***
Beck, Payne, Frank & Piper, P.C.
3025 S. Parker Road, Ste. 200
Aurora, CO 80014
Telephone: (303) 750-1567
E-mail: apt@beckpayne.com
Attorney for Plaintiff State farm